UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                        : 21cv3850 (DLC)
SWEET 101 LLC,                             :
                                                        :      ORDER
                              Plaintiff,  :
            -v-                          :
                                                        :
BECCA 161 LAFAYETTE INC., 161     :
LAFAYETTE REALTY, INC., and CLIFFORD :
STEINBERG,                              :
                                                        :
                                    Defendants.  :
---------------------------------------- X

DENISE COTE, District Judge:

    Due to the ongoing COVID-19 pandemic, the conference scheduled for **May 4, 2021 at 3:00pm** will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:    New York, New York
         April 30, 2021

                                          _____
                                                    DENISE COTE
                                    United States District Judge